**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   10-cv-02852-RBJ-MJW          FTR - Courtroom A-502

**Date:**   December 08, 2011                       Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| NICK CATTANEO, and<br>ROXANNE CATTANEO,<br>as individuals and as the parents of<br>E. C., a minor,<br><br>    Plaintiff(s),<br><br>v.<br><br>AQUAKLEEN PRODUCTS, INC.,<br><br>    Defendant(s). | Thomas G. Tasker<br>Penelope L. Clor<br><br><br><br><br><br><br><br>Laura B. Alms |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **TELEPHONIC   MOTION   HEARING**
**Court in Session:**    8:33 a.m.
Court calls case.  Appearances of counsel.

The Court raises   Defendant Aquakleen Products, Inc.'s  Amended Motion to Compel Disclosures and Discovery from Plaintiffs and Request for Sanctions for argument.

Argument by Ms. Alms on behalf of defendant and by Mr. Tasker on behalf of plaintiffs.

**It is ORDERED:**     Defendant Aquakleen Products, Inc.'s AMENDED MOTION TO COMPEL DISCLOSURES AND DISCOVERY FROM PLAINTIFFS AND REQUEST FOR SANCTIONS [Docket No. **53**, Filed November 11, 2011]  is **DENIED** for reasons as set forth on the record.

Plaintiffs shall provide to defendant a copy of the redacted  report prepared by Steven Pike, M. D.   which excludes those areas of potential testimony that have  been withdrawn by plaintiffs on the record this morning.

Hearing concluded.
**Court in recess:**     9:44 a.m.
Total In-Court Time 00: 11

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119 or    Toll Free   1-800-962-3345.