IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: September 26, 2012
Court Reporter:    Kara Spitler

Civil Action No. 10-cv-02852-RBJ-MJW

*Parties*:                                          *Counsel*:

NICK CATTANEO, and                   Thomas Tasker
ROXANNE CATTANEO                  Daniel Caplis

    Plaintiffs,

v.

AQUAKLEEN PRODUCTS, INC.,      James Meseck
                                                        Stephen Higgins
    Defendants.

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**Court in session:**     8:02 a.m.

Argument by Mr. Meseck and Mr. Tasker as to Plaintiffs' Motion in Limine Regarding Plaintiffs' Financial Condition #[117], Plaintiff's Motion in Limine Regarding Ross Levine's Cancer #[118], Plaintiffs' Motion in Limine Regarding Aquakleen's Current Financial Condition #[121], and Plaintiffs' Motion for Sanctions Under Rule 37(c) of the Federal Rules of Civil Procedure #[122].

Mr. Tasker requests permission to reinstate the claim as to Roxanne Cattaneo.

Mr. Meseck opposes Mr. Tasker's request to reinstate the claim as to Ms. Cattaneo.

Discussion regarding the anonymous letter and list of customers.

**ORDERED:**  Mr. Tasker's request to reinstate the claim as to Roxanne Cattaneo is DENIED.

**ORDERED:**  Plaintiffs' Motion to Amend Complaint to Add a Claim for Negligent Infliction of Emotional Distress #[116] is GRANTED.

**ORDERED:**  Plaintiffs' Motion in Limine Regarding Plaintiffs' Financial Condition #[117] is GRANTED.

**ORDERED:**  Plaintiff's Motion in Limine Regarding Ross Levine's Cancer #[118] is GRANTED.

**ORDERED:**  Plaintiffs' Motion in Limine Regarding Aquakleen's Current Financial Condition #[121] is GRANTED.

**ORDERED:**  Plaintiffs' Motion for Sanctions Under Rule 37(c) of the Federal Rules of Civil Procedure #[122] is DENIED.

Discussion between the Court and counsel regarding proposed jury instructions.

**Court in recess:**     9:28 a.m.

Hearing concluded.

Total time:    01:26