**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-02852-RBJ-MJW

NICK CATTANEO, and
ROXANNE CATTANEO

      Plaintiffs,

v.

AQUAKLEEN PRODUCTS, INC.

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      I.    Pursuant to the Order On Pending Motions entered by Judge R. Brooke Jackson on August 31, 2012 [ECF No. 112], defendant's Motion for Summary Judgment [60] is granted in part and denied in part; granting the motion to the extent that Plaintiffs' second claim is dismissed; otherwise, the motion is denied.

      II.    This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict.  It is

      ORDERED that judgment shall enter in favor of Plaintiff Nick Cattaneo and against Defendant AquaKleen Products, Inc. in the amount of Four Hundred Sixty-Two Thousand Dollars ($462,000.00) plus post-judgment interest at the rate of <u>0.18</u>%.  It is

FURTHER ORDERED that judgment shall enter in favor of Plaintiff Roxanne Cattaneo and against Defendant AquaKleen Products, Inc. in the amount of Four Hundred Sixty-Five Thousand Dollars ($465,000.00) plus post-judgment interest at the rate of 0.18%. It is

FURTHER ORDERED that Plaintiffs are **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 24th day of October, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk