IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02852-RBJ-MJW

NICK CATTANEO and ROXANNE CATTANEO

    Plaintiffs,

v.

AQUAKLEEN PRODUCTS, INC.

    Defendant.

_____

**ORDER RE:   DEFENDANT'S UNOPPOSED MOTION FOR APPROVAL OF SUPERSEDEAS BONDS AND FOR STAY OF EXECUTION WITH REQUEST FOR FORTHWITH RULING**

This matter is before the Court on Defendant Aquakleen Products, Inc.'s Unopposed Motion for Approval of Supersedeas Bonds and For Stay of Execution with Request for Forthwith Ruling and having no objections thereto:

IT IS SO ORDERED that:

1.    The Court finds that the supersedeas bond provided by Aquakleen in the amount of $462,831.60 as to the judgment entered against Aquakleen on behalf of Nick Cattaneo is sufficient, appropriate and approved under F.R.C.P. 62(b) and 62(d).

2.    The Court finds that the supersedeas bond provided by Aquakleen in the amount of $465,837.00 as to the judgment entered against Aquakleen on behalf of Roxanne Cattaneo is sufficient, appropriate and approved under F.R.C.P. 62(b) and 62(d).

3.      The Motion is further granted and it is ordered that the Court's judgment in favor of Plaintiffs entered on October 24, 2012 is stayed during the entire time that Aquakleen is pursuing an appeal of that judgment and will remain stayed until 30 days after the Tenth Circuit Court of Appeals has issued its mandate under Federal Appellate Rule 41.  This stay will remain in effect while Aquakleen is pursuing an appeal, if applicable, to the Supreme Court of the United States.

Dated this 20th day of November, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
U.S. DISTRICT COURT JUDGE