IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02852-RBJ-MJW

NICK and ROXANNE CATTANEO, as individuals and as parents of E.C.,

    Plaintiffs,

v.

AQUAKLEEN PRODUCTS, INC.,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER, coming before the Court pursuant to a Stipulated Motion for Dismissal with Prejudice by Plaintiff Nick Cattaneo, Plaintiff Roxanne Cattaneo, and Defendant Aquakleen Products, Inc., and the Court being fully advised of the premises and finding good cause exists, it is hereby ORDERED:

The Motion is GRANTED.  The Court dismisses this case in its entirely with prejudice, each party to bear its own costs and attorneys' fees.

DONE this 1st day of April, 2013

_____
District Court Judge